# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB -2 P 3: 26
U.S. DISTRICT COURT
DISTRICT OF MASS

Great Northern Insurance Company a/s/o Dr. Fritz Bach

V.

Manchester Electric, LLC a/k/a Manchester

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10113 JLT

TO: (Name and address of Defendant)

Manchester Electric, LLC a/k/a Manchester
P.O. Box 225
Manchester, MA 01944

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

*LAW OFFICE OF*
**PATRICK J. LOFTUS, III**
**9 PARK STREET, SUITE 500**
**BOSTON, MA 02108**
(617) 723-7770

an answer to the complaint which is herewith served upon you, within ________________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1-6-05

(By) DEPUTY CLERK Pat [signature]

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1-28-05 |
|---|---|
| NAME OF SERVER *(PRINT)* Russell Castagna | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: 67 Lincoln St. Manchester, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $40.00 | | $40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-28-05
Date

[signature]
*Signature of Server*

77 L St. Bosobn, MA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.