UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10113 JLT

```
                                           )
GREAT NORTHERN INSURANCE                   )
COMPANY, as subrogee of DR. FRITZ          )
BACH                                       )
100 S. 5th Street, Suite 1800              )
Minneapolis, Minnesota 55402               )
      Plaintiff,                           )
                                           )
v.                                         )
                                           )
MANCHESTER ELECTRIC, LLC, a/k/a            )
MANCHESTER                                 )
P.O. Box 225                               )
Manchester, Massachusetts 01944            )
      Defendant.                           )
                                           )
```

### DEFENDANT'S, MANCHESTER ELECTRIC, LLC, INITIAL DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule 26.2(A), the Defendant, Manchester Electric, LLC, hereby provides its Initial Disclosures Statement:

**I.  The Following Persons Are Likely To Have Discoverable Information Relevant To The Disputed Facts**

1. Dan Houde
   Manchester Electric, LLC
   69 Lincoln Street
   Manchester, MA 01944

2. Dr. Fritz Bach
   6-8 Blossom Lane
   Manchester, MA 01944

3. Various representatives
   Great Northern Insurance Company
   100 S. 5th Street, Suite 1800
   Minneapolis, MN 55402

4. Roberts Corporation
   4 Bridle Bridge Road
   P.O. Box 455
   Hudson, NH 03051

5. John F. Burke, Jr.
   The Burke Corp.
   16 Railroad Avenue
   Andover, MA 01810

6. John Hanna
   P.O. Box 206
   Manchester, MA 01944

7. Edward L. Graves
   Mechanical Systems Engineering Co.
   P.O. Box 505610
   Chelsea, MA 02150

8. James Tagliente
   The Chubb Group

9. Capt. Todd E. Biggar
   Manchester Fire Department
   12 School Street
   Manchester, MA 01944

10. Trooper James M. Welch
    State Fire Marshall's Office
    P.O. Box 1025
    Stow, MA 01775

11. Sgt. Robert Bachelder
    Manchester Fire Department
    12 School Street
    Manchester, MA 01944

12. Trooper Donald Bossi
    Manchester Fire Department
    12 School Street
    Manchester, MA 01944

13. Barry Gannon
    State Fire Marshall's Office
    P.O. Box 1025
    Stow, MA 01775

14. Various personnel
    Beverly Fire Department
    15 Hale Street
    Beverly, MA 01915

15. Various personnel
    Essex Fire Department
    24 Martin Street
    Essex, MA 01929

16. Various personnel
    Hamilton Fire Department
    265 Bay Road
    Hamilton, MA 01982

17. Rebecka M. Lamtto
    6 Blossom Lane
    Manchester, MA 01944

18. Victor M. Servian
    6 Blossom Lane
    Manchester, MA 01944

19. Victor M. Servian, Jr.
    6 Blossom Lane
    Manchester, MA 01944

20. Ines Servian
    6 Blossom Lane
    Manchester, MA 01944

21. Jeanne E. Goss
    8 Blossom Lane
    Manchester, MA 01944

22. 911 Caller
    6 Cobb Avenue
    Manchester, MA 01944

Manchester Electric, LLC incorporates herein any witnesses identified by the Plaintiff in its Initial Disclosure Statement and any witnesses identified through discovery.

Manchester Electric, LLC reserves the right to supplement this section accordingly.

**II.    The Following Documents Are Relevant To The Disputed Facts**

At this time, Manchester Electric, LLC has no documents described by Federal Rule of Civil Procedure 26(a)(1)(B).

Manchester Motor Freight, Inc. reserves the right to supplement this section accordingly.

**III.    Computation of Damages**

At this time, Manchester Motor Freight has no information described by Federal Rule of Civil Procedure 26(a)(1)(C).

Manchester Motor Freight, Inc. reserves the right to supplement this section accordingly.

**IV.    Insurance Agreements**

A copy of the applicable insurance agreement will be provided to the Plaintiff.

        Respectfully submitted,

        DEFENDANT,
        MANCHESTER ELECTRIC, LLC,

        By its attorneys,

        DAVIS, WHITE & SULLIVAN, LLC

        /s/ Marc J. Tassone
        _____
        David A. White, Esq., BB0 # 551682
        Marc J. Tassone, Esq., BBO # 635344
        One Longfellow Place
        Suite 3609
        Boston, MA 02114
        (617) 720-4060

Dated:  2/7/05

**CERTIFICATE OF SERVICE**

    I, Marc J. Tassone, certify that on this day I forwarded a copy of the foregoing DEFENDANT'S, MANCHESTER ELECTRIC, LLC, INITIAL DISCLOSURE STATEMENT, by first class mail, postage prepaid, to:

        Patrick Loftus, III
        LAW OFFICES OF
        PATRICK LOFTUS, III, ESQ.
        9 Park Street, Suite 500

        Peter G. Rossi, Esq.
        Hayes A. Hunt, Esq.
        COZEN O'CONNOR
        1900 Market Street
        Philadelphia, PA 19103

        /s/ Marc J. Tassone
        _____
        Marc J. Tassone

Dated:  2/7/05