UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -9  P 3: 10

U.S. DISTRICT COURT
DISTRICT OF MASS

GREAT NORTHERN INSURANCE COMPANY, as subrogee of DR. FRITZ BACH

Plaintiff,

v.

MANCHESTER ELECTRIC, LLC, a/k/a MANCHESTER

Defendant.

Case No.: 1:05-cv-10113-JLT

### PLAINTIFF'S CORPORATE DISCLOSURE

Pursuant to Local Rule 7.3 (A), for the District of Massachusetts, Plaintiff hereby submits the following Corporate Disclosure Statement.

Plaintiff, Great Northern Insurance Company, has the following parent corporation and publicly held corporation(s) that owns 10% or more of its stock: Federal Insurance Company, which is in turn owned by The Chubb Corporation.

Plaintiff
Great Northern Insurance Company

By its attorney,

PATRICK J. LOFTUS, III, ESQUIRE
9 Park Street, Suite 500
Boston, MA 02108
(616) 723-7770

Dated: 2/8/05