UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10113 JLT

|  |  |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, as subrogee of DR. FRITZ BACH<br>100 S. 5th Street, Suite 1800<br>Minneapolis, Minnesota 55402<br>     Plaintiff,<br><br>v.<br><br>MANCHESTER ELECTRIC, LLC, a/k/a MANCHESTER<br>P.O. Box 225<br>Manchester, Massachusetts 01944<br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT

Pursuant to Local Rule 16.1(D), the parties hereby submit their Joint Statement.

**1.   Joint Discovery Plan**

The parties respectfully suggest the following discovery schedule:

| | |
|---|---|
| August 30, 2005 | Fact Discovery Completed |
| September 15, 2005 | Plaintiff's Final Expert Report Due |
| October 15, 2005 | Defendant's Final Expert Reports Due |
| December 15, 2005 | Expert Depositions Completed |
| January 15, 2006 | All Dispositive Motions Filed |
| March 15, 2006 | Mediation Completed |
| April 15, 2006 | Final Pretrial Conference |
| May 15, 2006 | Jury Trial |

**2.  Certifications of Consultation**

The parties separately will provide their respective Certification.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, AS SUBROGEE OF DR. FRITZ BACH, | MANCHESTER ELECTRIC, LLC, |
| By its attorneys, | By its attorneys, |
| LAW OFFICES OF PATRICK LOFTUS, III, ESQ. | DAVIS, WHITE & SULLIVAN, LLC |
| /s/ Patrick Loftus, III | /s/ Marc J. Tassone |
| _____ | _____ |
| Patrick Loftus, III, Esq., BBO # 9 Park Street Suite 500 Boston, MA 02108 (617) 723-7770 | David A. White, Esq., BBO # 551682 Marc J. Tassone, Esq., BBO # 635344 One Longfellow Place Suite 3609 Boston, MA 02114 (617) 720-4060 |
| Dated:  2/14/05 | Dated:  2/14/05 |

Of counsel (Plaintiff):

/s/ Peter G. Rossi
_____

Peter G. Rossi, Esq.
Hayes A. Hunt, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-4734

Dated:  2/14/05

2

**CERTIFICATE OF SERVICE**

  I, Marc J. Tassone, certify that on this day I forwarded a copy of the foregoing JOINT STATEMENT, by first class mail, postage prepaid, to:

    Patrick Loftus, III
    LAW OFFICES OF
    PATRICK LOFTUS, III, ESQ.
    9 Park Street, Suite 500

    Peter G. Rossi, Esq.
    Hayes A. Hunt, Esq.
    COZEN O'CONNOR
    1900 Market Street
    Philadelphia, PA 19103


    /s/ Marc J. Tassone
    _____
    Marc J. Tassone

Dated: 2/14/05