UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, as subrogee of DR. FRITZ BACH<br><br>Plaintiff<br><br>v.<br><br>MANCHESTER ELECTRIC, LLC, a/k/a MANCHESTER<br><br>Defendant | Case No.: 1:05-cv-10113-JLT |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), the Plaintiff, Great Northern Insurance Company, as subrogee of Dr. Fritz Bach, by its counsel, Patrick J. Loftus, III, Esquire of the Law Offices of Patrick J. Loftus, III, hereby moves this Court for an order permitting Peter G. Rossi of the firm of Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103, to practice before this Court, *Pro Hac Vice*, on behalf of the Plaintiff, and in support of this motion, states as follows:

1. Peter G. Rossi of the firm of Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103 (telephone 215-665-2000) is counsel to the Plaintiff in this action and desires the permission of the Court to practice before it.

2. Mr. Rossi is a member in good standing of the Bars in Pennsylvania and New York and the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the Northern, Southern, Eastern and Western Districts of New York, as more fully set forth in his attached Affidavit marked as Exhibit A.

3. There have never been, nor are there now pending, any disciplinary matters against Mr. Rossi in any jurisdiction where he has been admitted to practice.

4.     Mr. Rossi is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.     Mr. Loftus is a member in good standing of this Court and will be associated with Mr. Rossi in this action.

**WHEREFORE**, the undersigned respectfully requests that Peter G. Rossi be granted leave to appear and practice before this Court on behalf of the Plaintiff in this action as co-counsel for the Plaintiff, *Pro Hac Vice*.

Respectfully Submitted,

/s/ Patrick J. Loftus, III
Patrick J. Loftus, III
BBO: 303310
Law Offices of Patrick J. Loftus, III
9 Park Street, Suite 500
Boston, MA 02108
617-723-7770

Dated: February 25, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, as subrogee of DR. FRITZ BACH<br><br>       Plaintiff<br><br>v.<br><br>MANCHESTER ELECTRIC, LLC, a/k/a MANCHESTER<br><br>       Defendant | Case No.: 1:05-cv-10113-JLT |

## AFFIDAVIT OF PETER G. ROSSI

I, Peter G. Rossi, being duly sworn upon oath, depose and say:

1. I am one of the attorneys representing the Plaintiff, Great Northern Insurance Company, as subrogee of Dr. Fritz Bach, and submit this Affidavit in support of the Motion for Admission *Pro Hac Vice*.

2. I am a member of the law firm of Cozen O' Connor, 1900 Market Street, Philadelphia, Pennsylvania.

3. I am currently admitted to the Bars of the Commonwealth of Pennsylvania and the State of New York and the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the Northern, Southern, Eastern and Western Districts of New York.

4. I am in good standing in each of the aforementioned courts and there are no disciplinary actions pending against me.

5. I am familiar with the with the Local Rules of the United States District

Court for the District of Massachusetts.

Signed under the penalties of perjury this 24th day of February 2005.

_____
Peter G. Rossi

STATE OF PENNSYLVANIA    )
                         ) ss:
COUNTY OF PHILADELPHIA   )

   Subscribed and sworn to before me, a Notary Public in and for said County and state, this 24th day of February 2005

_____
Notary Public
My Commission Expires:

NOTARIAL SEAL
DENISE M. PAGANO, NOTARY PUBLIC
PHILADELPHIA CITY, COUNTY OF PHILADELPHIA
MY COMMISSION EXPIRES AUGUST 7, 2005

**EXHIBIT "A"**



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Peter G. Rossi, Esq.*

**DATE OF ADMISSION**

*November 25, 1980*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 10, 2005

_____
Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, as subrogee of DR. FRITZ BACH )<br>)<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MANCHESTER ELECTRIC, LLC, a/k/a MANCHESTER )<br>)<br>)<br>Defendant ) | Case No.: 1:05-cv-10113-JLT |

### AFFIDAVIT OF PATRICK J. LOFTUS, III

Patrick J. Loftus, III, Jr., Esquire, being duly sworn, deposes and says as follows:

1. I am an attorney duly licensed to practice law in the State of Massachusetts, and an attorney for the Plaintiff, Great Northern Insurance Company, in the above-entitled action.

2. I am fully familiar with the facts and circumstances as hereinafter set forth, and make this Affidavit in support of the Plaintiff's motion to have Peter G. Rossi, Esquire admitted of counsel, *Pro Hac Vice*, with respect to the above-entitled action.

3. The affiant has been acting as local counsel with respect to this matter, and respectfully requests that the Court allow Peter G. Rossi, Esquire to be admitted *Pro Hac Vice* for purposes of serving as counsel for Plaintiff,

4. The affiant has known Mr. Rossi, Esquire to be an excellent attorney who has a great deal of experience with respect to the issues being presented in the present lawsuit and is a

member in good standing of the Bar of the Commonwealth of Pennsylvania. Pennsylvania is a state which allows similar admission privileges to attorneys in good standing in Massachusetts.

5. The affiant respectfully submits to the Court that Mr. Rossi is not only an excellent attorney, but is a person of unimpeachable character who would do justice to both his client and the Bar. The Court is respectfully referred to the attached Affidavit regarding Mr. Rossi's qualifications with the respect to the subject claims.

6. The affiant respectfully requests that Peter G. Rossi, Esquire be admitted *Pro Hac Vice* in the above-entitled action to serve as counsel with respect to the subject claims.

WHEREFORE, Patrick J. Loftus, III, Esquire respectfully requests that the Court grant an Order allowing the admission, *Pro Hac Vice*, of Peter G. Rossi, Esquire to the United States District Court for the District of Massachusetts and to practice with respect to the above-captioned action, together with such other and further relief as the Court may deem just and proper.

BY: /s/ Patrick J. Loftus
PATRICK J. LOFTUS, III ESQUIRE
BBO# 303310
9 Park Street, Suite 500
Boston, MA 02108
(617) 723-7770
ATTORNEY FOR PLAINTIFF

Sworn to before me on this
2/24 day of _____, 2005.

/s/ William Farrell
Notary Public

1/14/2009

## CERTIFICATE OF SERVICE

I, PATRICK J. LOFTUS, III, hereby certify that a copy of the foregoing Plaintiff's MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE has been served upon counsel this 25 day of February, 2005 by First Class Mail, postage pre-paid as follows:

>David A. White, Esq.
>Marc J. Tassone, Esq.
>Davis, White & Sullivan, LLC
>One Longfellow Place
>Suite 3609
>Boston, MA 02114
>Attorneys for Defendant

BY: _____
PATRICK J. LOFTUS, III ESQUIRE
BBO# 303310
9 Park Street, Suite 500
Boston, MA 02108
(617) 723-7770
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GREAT NORTHERN INSURANCE COMPANY, as subrogee of DR. FRITZ BACH**     )<br>)<br>)<br>)<br>**Plaintiff**     )<br>)<br>**v.**     )<br>)<br>**MANCHESTER ELECTRIC, LLC, a/k/a MANCHESTER**     )<br>)<br>**Defendant**     ) | Case No.: 1:05-cv-10113-JLT |

## ORDER

Upon consideration of the Motion for Admission Pro Hac Vice of Peter G. Rossi of the law firm of Cozen O'Connor, IT IS HEREBY ORDERED that the Motion is granted and that Peter G. Rossi is admitted *pro hac vice* as co-counsel for Plaintiff in the above-captioned cause.

Dated: _____     _____
                                                    Judge