UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10113 JLT

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, as subrogee of DR. FRITZ BACH<br>100 S. 5th Street, Suite 1800<br>Minneapolis, Minnesota 55402<br>    Plaintiff,<br><br>v.<br><br>MANCHESTER ELECTRIC, LLC, a/k/a MANCHESTER<br>P.O. Box 225<br>Manchester, Massachusetts 01944<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AMENDED JOINT STATMENT**

Pursuant to Local Rule 16.1(D), the parties hereby submit their Amended Joint Statement.

The parties previously filed a Joint Statement on February 14, 2005. However, the Scheduling Conference only recently was scheduled for April 20, 2005. As such, the parties have amended the Joint Statement to extend the deadlines in the proposed Joint Discovery Plan by two (2) months to account for the period between February 14 and April 20, 2005 during which the parties were unable to conduct discovery.

1. **Joint Discovery Plan**

The parties respectfully suggest the following discovery schedule:

    October 30, 2005        Fact Discovery Completed

    November 15, 2005      Plaintiff's Final Expert Report Due

|  |  |
|---|---|
| December 15, 2005 | Defendant's Final Expert Reports Due |
| February 15, 2006 | Expert Depositions Completed |
| March 15, 2006 | All Dispositive Motions Filed |
| May 15, 2006 | Mediation Completed |
| June 15, 2006 | Final Pretrial Conference |
| July 15, 2006 | Jury Trial |

2.  **Certifications of Consultation**

The parties separately will provide their respective Certification.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, AS SUBROGEE OF DR. FRITZ BACH, | MANCHESTER ELECTRIC, LLC, |
| By its attorneys, | By its attorneys, |
| LAW OFFICES OF PATRICK LOFTUS, III, ESQ. | DAVIS, WHITE & SULLIVAN, LLC |
| /s/ Patrick Loftus, III | /s/ Marc J. Tassone |
| Patrick Loftus, III, Esq., BBO # <br> 9 Park Street <br> Suite 500 <br> Boston, MA 02108 <br> (617) 723-7770 | David A. White, Esq., BBO # 551682 <br> Marc J. Tassone, Esq., BBO # 635344 <br> One Longfellow Place <br> Suite 3609 <br> Boston, MA 02114 <br> (617) 720-4060 |
| Dated: 3/31/05 | Dated: 3/31/05 |

Of counsel (Plaintiff):

/s/ Peter G. Rossi

---

Peter G. Rossi, Esq.
Hayes A. Hunt, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-4734

Dated: 3/31/05

## CERTIFICATE OF SERVICE

      I, Marc J. Tassone, certify that on this day I forwarded a copy of the foregoing AMENDED JOINT STATEMENT, by first class mail, postage prepaid, to:

> Patrick Loftus, III
> LAW OFFICES OF
> PATRICK LOFTUS, III, ESQ.
> 9 Park Street, Suite 500
>
> Peter G. Rossi, Esq.
> Hayes A. Hunt, Esq.
> COZEN O'CONNOR
> 1900 Market Street
> Philadelphia, PA 19103

      /s/ Marc J. Tassone

---

Marc J. Tassone

Dated: 3/31/05