UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GREAT NORTHERN INSURANCE COMPANY, as subrogee of DR. FRITZ BACH, | * * * * | |
| Plaintiff, | * * | |
| v. | * | Civil Action No. 05-10113-JLT |
| | * * | |
| MANCHESTER ELECTRIC, LLC, a/k/a MANCHESTER, | * * * | |
| Defendant. | * | |

<u>ORDER</u>

April 20, 2005

TAURO, J.

After the Scheduling Conference held on April 20, 2005, this court hereby orders that:

1. The Parties may take the depositions indicated on the <u>Parties' Joint List of Requested Depositions</u>;

2. The Parties' <u>Amended Joint Statement</u> [#11] is ADOPTED;

3. No additional discovery will be permitted without leave of this court; and

4. A Further Conference is scheduled for November 16, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                                                   /s/ Joseph L. Tauro
                                                    United States District Judge