"FILED IN OPEN COURT"
4-20-05
Z.L.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10113 JLT

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, as subrogee of DR. FRITZ BACH<br>100 S. 5th Street, Suite 1800<br>Minneapolis, Minnesota 55402<br>    Plaintiff,<br><br>v.<br><br>MANCHESTER ELECTRIC, LLC, a/k/a MANCHESTER<br>P.O. Box 225<br>Manchester, Massachusetts 01944<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PARTIES' JOINT LIST OF REQUESTED DEPOSITIONS

Pursuant to this Court's Discovery Order, the Plaintiff, Great Northern Insurance Company, as Subrogee of Dr. Fritz Bach, and the Defendant, Manchester Electric, LLC, hereby provide their joint list of requested depositions:

**A.   CAUSE AND ORIGIN**

    1.   Dr. Fritz Bach
        6-8 Blossom Lane
        Manchester, MA 01944

    2.   Rule 30(b)(6)
        Manchester Electric, LLC
        P.O. Box 225
        Manchester, MA 01944

    3.   Capt. Todd E. Biggar
        Manchester Fire Department
        12 School Street
        Manchester, MA 01944

4. Trooper James M. Welch
   State Fire Marshall's Office
   P.O. Box 1025
   Stow, MA 01775

5. Barry Gannon
   State Fire Marshall's Office
   P.O. Box 1025
   Stow, MA 01775

6. Philip Rice/Rule 30(b)(6)
   Rice & Brouillard Electric, Inc.
   P.O. Box 1626
   Haverhill, MA

7. Chief Andrew Paskalis
   Manchester Fire Department
   12 School Lane
   Manchester, MA 01944

8. Sgt. Robert Bachelder
   Manchester Fire Department
   12 School Street
   Manchester, MA 01944

9. Trooper Donald Bossi
   Manchester Fire Department
   12 School Street
   Manchester, MA 01944

10. Rebecka M. Lamtto
    6 Blossom Lane
    Manchester, MA 01944

11. Victor M. Servian
    6 Blossom Lane
    Manchester, MA 01944

12. Victor M. Servian, Jr.
    6 Blossom Lane
    Manchester, MA 01944

13. Ines Servian
    6 Blossom Lane
    Manchester, MA 01944

14. Jeanne E. Goss
    8 Blossom Lane
    Manchester, MA 01944

15. 911 Caller
    6 Cobb Avenue
    Manchester, MA 01944

16. Sean A. Cranston
    16 Frestt Lane
    Gloucester, MA

17. Robert D. Sullivan
    Sullivan Antenna & Alarm
    27 Midland Street
    Lawrence MA

18. Rule 30(b)(6)
    Sullivan Antenna & Alarm
    27 Midland Street
    Lawrence MA

19. Gregory Taylor
    4 San Mateo Drive
    Chelmsford, MA 01824

20. Rule 30(b)(6)
    Massachusetts Electric Company
    1101 Turnpike Street
    Andover, MA 01845

The parties respectfully reserve their right to supplement this list as discovery proceeds and additional witnesses with relevant information are identified.

**B.** **DAMAGES**

1. John F. Burke, Jr.
   The Burke Corp.
   16 Railroad Avenue
   Andover, MA 01810

2. Edward L. Graves
   Mechanical Systems Engineering Co.
   P.O. Box 505610
   Chelsea, MA 02150

3

    3.    Rule 30(b)(6)
Roberts Corporation
4 Bridle Bridge Road
P.O. Box 455
Hudson, NH 03051

    4.    John Hanna
P.O. Box 206
Manchester, MA 01944

    5.    Rule 30(b)(6)
Great Northern Insurance Company
100 S. 5th Street, Suite 1800
Minneapolis, MN 55402

    6.    James Tagliente
The Chubb Group
10 Elizabeth Street
Amesbury, MA 01913

The parties respectfully reserve their right to supplement this list as discovery proceeds and additional witnesses with relevant information are identified.

**C.**    **KEEPER OF RECORDS – REQUEST FOR DOCUMENTS**

    1.    Keeper of Records
Beverly Fire Department
15 Hale Street
Beverly, MA 01915

    2.    Keeper of Records
Essex Fire Department
24 Martin Street
Essex, MA 01929

    3.    Keeper of Records
Hamilton Fire Department
265 Bay Road
Hamilton, MA 01982

    4.    Keeper of Records
Great Northern Insurance Company
100 S. 5th Street, Suite 1800
Minneapolis, MN 55402

5. Keeper of Records
   Roberts Corporation
   4 Bridle Bridge Road
   P.O. Box 455
   Hudson, NH 03051

6. Keeper of Records
   The Burke Corp.
   16 Railroad Avenue
   Andover, MA 01810

7. Keeper of Records
   Mechanical Systems Engineering Co.
   P.O. Box 505610
   Chelsea, MA 02150

8. Keeper of Records
   State Fire Marshall's Office
   P.O. Box 1025
   Stow, MA 01775

9. Keeper of Records
   The Chubb Group
   10 Elizabeth Street
   Amesbury, MA 01913

10. Keeper of Records
    Town of Manchester
    10 Central Street
    Manchester, MA 01944

The parties respectfully reserve their right to supplement this list as discovery proceeds and additional witnesses with relevant information are identified.

**D.      EXPERT DEPOSITIONS**

**Plaintiff:**

1. William Hurteau
   Hurteau Associates, Inc.
   P.O. Box 1211
   Burlington, MA 01803

2.  James J. Rogers
    Bay State Inspectional Agency
    220 Weinyah Lane
    Box 1379
    Vineyard Haven, MA 02568

**Defendant:**

1.  Stephen W. Houghton, CFI
    Fire Fact Investigations, Inc.
    P.O. Box 338
    Greenfield, MA 01302

2.  Damages expert - At this time, the Defendant is in the process of selecting and retaining a damages expert and will supplement this portion of the list accordingly.

The parties respectfully reserve their right to supplement this list as discovery proceeds and additional witnesses with relevant information are identified.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, AS SUBROGEE OF DR. FRITZ BACH, | MANCHESTER ELECTRIC, LLC, |
| By its attorneys, | By its attorneys, |
| LAW OFFICES OF PATRICK LOFTUS, III, ESQ. | DAVIS, WHITE & SULLIVAN, LLC |
| /s/ Patrick Loftus, III | /s/ David A. White |
| Patrick Loftus, III, Esq., BBO # | David A. White, Esq., BBO # 551682 |
| 9 Park Street | Marc J. Tassone, Esq., BBO # 635344 |
| Suite 500 | One Longfellow Place |
| Boston, MA 02108 | Suite 3609 |
| (617) 723-7770 | Boston, MA 02114 |
| | (617) 720-4060 |
| Dated: 4/19/05 | Dated: 4/19/05 |

Of counsel (Plaintiff):

/s/ Peter G. Rossi
Peter G. Rossi, Esq.
Hayes A. Hunt, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-4734

Dated: 4/19/05

## CERTIFICATE OF SERVICE

I, Marc J. Tassone, certify that on this day I forwarded a copy of the foregoing, PARTIES' JOINT LIST OF REQUESTED DEPOSITIONS, by first class mail, postage prepaid, to:

>Patrick Loftus, III
>LAW OFFICES OF
>PATRICK LOFTUS, III, ESQ.
>9 Park Street, Suite 500
>
>Peter G. Rossi, Esq.
>Hayes A. Hunt, Esq.
>COZEN O'CONNOR
>1900 Market Street
>Philadelphia, PA 19103

/s/ Marc J. Tassone
Marc J. Tassone

Dated: 4/19/05