UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10113 JLT

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, as subrogee of DR. FRITZ BACH<br>100 S. 5th Street, Suite 1800<br>Minneapolis, Minnesota 55402<br>    Plaintiff,<br><br>v.<br><br>MANCHESTER ELECTRIC, LLC, a/k/a MANCHESTER<br>P.O. Box 225<br>Manchester, Massachusetts 01944<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO LR 7.1(A)(2)

I, Marc J. Tassone, counsel for the Defendant, Manchester Electric, LLC, hereby certify that on October 25, 2002 and on October 26, 2002, I conferred with Hayes A. Hunt, counsel for the Plaintiff, in a good faith attempt to resolve or narrow the issues presented by Manchester Electric, LLC's Motion for Leave to File Third-Party Complaint Against Massachusetts Electric Company.

We were unable to narrow or resolve those issues, namely the resolution of Massachusetts Electric Company's potential liability to Manchester Electric, LLC, and this Motion now is necessary.

        Respectfully submitted,

        DEFENDANT,
        MANCHESTER ELECTRIC, LLC,

        By its attorneys,

        DAVIS, WHITE & SULLIVAN, LLC

        /s/ Marc J. Tassone
        _____
        David A. White, Esq., BB0 # 551682
        Marc J. Tassone, Esq., BBO # 635344
        One Longfellow Place
        Suite 3609
        Boston, MA 02114
        (617) 720-4060

Dated:  10/26/05

## **CERTIFICATE OF SERVICE**

I, Marc J. Tassone, certify that on this day a copy of the foregoing CERTIFICATION PURSUANT TO LR 7.1(A)(2), was electronically sent to:

>Patrick Loftus, III
>LAW OFFICES OF
>PATRICK LOFTUS, III, ESQ.
>9 Park Street, Suite 500
>
>Peter G. Rossi, Esq.
>Hayes A. Hunt, Esq.
>COZEN O'CONNOR
>1900 Market Street
>Philadelphia, PA 19103

>/s/ Marc J. Tassone
>_____
>Marc J. Tassone

Dated: 10/26/05