UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10113 JLT

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, as subrogee of DR. FRITZ BACH<br>100 S. 5th Street, Suite 1800<br>Minneapolis, Minnesota 55402<br>    Plaintiff,<br><br>v.<br><br>MANCHESTER ELECTRIC, LLC, a/k/a MANCHESTER<br>P.O. Box 225<br>Manchester, Massachusetts 01944<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR HEARING

The Defendant, Manchester Electric, LLC, hereby requests a hearing on its Motion for Leave to File Third-Party Complaint against Massachusetts Electric Company.

Respectfully submitted,

DEFENDANT,
MANCHESTER ELECTRIC, LLC,

By its attorneys,

DAVIS, WHITE & SULLIVAN, LLC

/s/ Marc J. Tassone
_____
David A. White, Esq., BB0 # 551682
Marc J. Tassone, Esq., BBO # 635344
One Longfellow Place
Suite 3609
Boston, MA 02114
(617) 720-4060

Dated: 10/24/05

## CERTIFICATE OF SERVICE

I, Marc J. Tassone, certify that on this day I forwarded a copy of the foregoing REQUEST FOR HEARING, by first class mail, postage prepaid, to:

Patrick Loftus, III
LAW OFFICES OF
PATRICK LOFTUS, III, ESQ.
9 Park Street, Suite 500

Peter G. Rossi, Esq.
Hayes A. Hunt, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

/s/ Marc J. Tassone
_____
Marc J. Tassone

Dated: 10/24/05