UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10113 JLT

| | |
|---|---|
| **GREAT NORTHERN INSURANCE COMPANY**, as subrogee of **DR. FRITZ BACH**<br>100 S. 5th Street, Suite 1800<br>Minneapolis, Minnesota 55402<br>    Plaintiff, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| **MANCHESTER ELECTRIC, LLC**, a/k/a **MANCHESTER**<br>P.O. Box 225<br>Manchester, Massachusetts 01944<br>    Defendant/Third-Party Plaintiff | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| **MASSACHUSETTS ELECTRIC COMPANY**<br>55 Bearfoot Road<br>Northborough, Massachusetts<br>    Third-Party Defendant | )<br>)<br>)<br>)<br>) |

**DEFENDANT'S, MANCHESTER ELECTRIC, LLC,
MOTION TO CONSOLIDATE**

Pursuant to Fed.R.Civ.P. 42, the Defendant, Manchester Electric, LLC, hereby moves this Honorable Court to consolidate the above-captioned matter with the case of <u>Great Northern Insurance Company, as Subrogee of Dr. Fritz Bach v. Massachusetts Electric Company</u>, Civil Action No.: 05-CA-12078-JLT.

In support of this Motion, Manchester Electric, LLC submits that these two actions involve common questions of law and fact and should be consolidated.

In further support of this Motion, the Manchester Electric, LLC respectfully refers to the attached Memorandum of Law.

WHEREFORE, the Defendant, Manchester Electric, LLC, respectfully requests that this Honorable Court allow the foregoing Motion and consolidate this case with the case of <u>Great Northern Insurance Company, as Subrogee of Dr. Fritz Bach v. Massachusetts Electric Company</u>, Civil Action No.: 05-CA-12078-JLT.

## **REQUEST FOR ORAL ARGUMENT**

The Defendant, Manchester Electric, LLC, respectfully requests an oral argument on the issues presented in this Motion.

Respectfully submitted,

DEFENDANT,
MANCHESTER ELECTRIC, LLC,

By its attorneys,

DAVIS, WHITE & SULLIVAN, LLC

/s/ Marc J. Tassone

_____
David A. White, Esq., BB0 # 551682
Marc J. Tassone, Esq., BBO # 635344
One Longfellow Place
Suite 3609
Boston, MA 02114
(617) 720-4060

Dated:  <u>12/6/05</u>

## CERTIFICATE OF SERVICE

I, Marc J. Tassone, certify that on this day a copy of the foregoing DEFENDANT'S, MANCHESTER ELECTRIC, LLC, MOTION TO CONSOLIDATE, was electronically sent to:

>Patrick Loftus, III
>LAW OFFICES OF
>PATRICK LOFTUS, III, ESQ.
>9 Park Street, Suite 500
>Boston, MA 02108

>Peter G. Rossi, Esq.
>Hayes A. Hunt, Esq.
>COZEN O'CONNOR
>1900 Market Street
>Philadelphia, PA 19103

And was sent by first class mail, postage prepaid, to:

>Francis J. Sally, Esq.
>SALLY & FITCH, LLP
>225 Franklin Street
>Boston, MA 02110

>/s/ Marc J. Tassone
>_____
>Marc J. Tassone

Dated: 12/6/05