# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**Civil Action No.: 05-10113 JLT**

|  |  |
|---|---|
| ———————————————————— | ) |
| **GREAT NORTHERN INSURANCE** | ) |
| **COMPANY, as subrogee of DR. FRITZ** | ) |
| **BACH** | ) |
| **100 S. 5th Street, Suite 1800** | ) |
| **Minneapolis, Minnesota 55402** | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **MANCHESTER ELECTRIC, LLC, a/k/a** | ) |
| **MANCHESTER** | ) |
| **P.O. Box 225** | ) |
| **Manchester, Massachusetts 01944** | ) |
| **Defendant.** | ) |
| ———————————————————— | ) |

## CERTIFICATION PURSUANT TO LR 7.1(A)(2)

I, Marc J. Tassone, counsel for the Defendant, Manchester Electric, LLC, hereby submit this Certification in conjunction with Manchester Electric, LLC's Motion to Consolidate this case and the case of Great Northern Insurance Company, as Subrogee of Dr. Fritz Bach v. Massachusetts Electric Company, Civil Action No.: 05-CA-12078-JLT.

The matters presented in the Motion to Consolidate can only be resolved by the Court, as only the Court can grant the relief sought by the Motion. Nevertheless, I hereby certify that on December 6, 2005, I consulted with Hayes A. Hunt, Esq., counsel for the Plaintiff and he indicated that he consents to having the cases consolidated. On the same day, I spoke to Francis J. Sally, Esq., counsel for Massachusetts Electric Company, and he too indicated that he has favors consolidation of the cases.

Respectfully submitted,

DEFENDANT,
MANCHESTER ELECTRIC, LLC,

By its attorneys,

DAVIS, WHITE & SULLIVAN, LLC

/s/ Marc J. Tassone
_____
David A. White, Esq., BB0 # 551682
Marc J. Tassone, Esq., BBO # 635344
One Longfellow Place
Suite 3609
Boston, MA 02114
(617) 720-4060

Dated:  12/6/05

## CERTIFICATE OF SERVICE

I, Marc J. Tassone, certify that on this day a copy of the foregoing CERTIFICATION PURSUANT TO LR 7.1(A)(2), was electronically sent to:

> Patrick Loftus, III
> LAW OFFICES OF
> PATRICK LOFTUS, III, ESQ.
> 9 Park Street, Suite 500
> Boston, MA 02108

> Peter G. Rossi, Esq.
> Hayes A. Hunt, Esq.
> COZEN O'CONNOR
> 1900 Market Street
> Philadelphia, PA 19103

And was sent by first class mail, postage prepaid, to:

> Francis J. Sally, Esq.
> SALLY & FITCH, LLP
> 225 Franklin Street
> Boston, MA 02110

/s/ Marc J. Tassone

_____

Marc J. Tassone

Dated:  12/6/05