UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
GREAT NORTHERN INSURANCE COMPANY,   )
as subrogee of DR. FRITZ BACH,      )
                                    )
        Plaintiffs,                 )   Case No.:  05-CA-10113-JLT
V.                                  )
                                    )
MANCHESTER ELECTRIC, LLC            )
a/k/a MANCHESTER,                   )
        Defendant/Third-Party Plaintiff, )
                                    )
V.                                  )
                                    )
MASSACHUSETTS ELECTRIC COMPANY,     )
                                    )
        Third-Party Defendant.      )
_____)

**NOTICE OF APPEARANCE**

To the Clerk of the above-named Court:

Please add the appearance of Elizabeth J. Koenig as attorney for the third-party defendant, Massachusetts Electric Company, in the above-entitled case.  Francis J. Sally will remain lead counsel for the third-party defendant.

For purposes of CM/ECF notifications, Ms. Koenig's email address is ejk@sally-fitch.com.

          MASSACHUSETTS ELECTRIC COMPANY

          By its attorneys,

          ___/s/ *Elizabeth J. Koenig*_____
          Francis J. Sally (BBO #439100)
          Elizabeth J. Koenig (BBO #647122)
          SALLY & FITCH LLP
          225 Franklin Street
          Boston, Massachusetts 02110-2804
          (617) 542-5542

Dated: December 21, 2005

## CERTIFICATE OF SERVICE

    I, Elizabeth J. Koenig, hereby certify that a true copy of the within document was served upon the attorney of record for each other party by electronic filing, on December 21, 2005.

          ___/s/ *Elizabeth J. Koenig*_____
          Elizabeth J. Koenig