UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, ) <br> as subrogee of DR. FRITZ BACH, ) <br> ) <br> Plaintiffs, ) <br> V. ) <br> ) <br> MANCHESTER ELECTRIC, LLC ) <br> a/k/a MANCHESTER, ) <br> Defendant/Third-Party Plaintiff, ) <br> ) <br> V. ) <br> ) <br> MASSACHUSETTS ELECTRIC COMPANY, ) <br> ) <br> Third-Party Defendant. ) | Case No.: 05-CA-10113-JLT |

**CHANGE OF ADDRESS**

To the Clerk of the above-named Court:

Please take notice that as of **May 30, 2006**, counsel for the Defendant, Massachusetts Electric Company, will be located at a new address:

**Sally & Fitch LLP**
**One Beacon Street**
**Boston, MA 02108**
**Tel: 617-542-5542**
**Fax: 617-542-1542**

Respectfully submitted,

   /s/ *Francis J. Sally*
Francis J. Sally, BBO # 439100
Elizabeth J. Koenig, BBO#647122
SALLY & FITCH LLP
225 Franklin Street
Boston, MA  02110
617-542-5542

Dated:  May 24, 2006

## CERTIFICATE OF SERVICE

I, Francis J. Sally, hereby certify that a true copy of the within document was served upon the attorney of record for each other party by electronic filing, on December 21, 2005.

　　　　　　　　　　　　　　　　　　__/s/ *Francis J. Sally*_____
　　　　　　　　　　　　　　　　　　Francis J. Sally