UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, )<br>as subrogee of DR. FRITZ BACH, )<br>)<br>      Plaintiffs, )<br>V. )<br>)<br>MANCHESTER ELECTRIC, LLC )<br>a/k/a MANCHESTER, )<br>    Defendant/Third-Party Plaintiff, )<br>)<br>V. )<br>)<br>MASSACHUSETTS ELECTRIC COMPANY, )<br>)<br>    Third-Party Defendant. )<br>) | Case No.: 05-CA-10113-JLT |

**CHANGE OF ADDRESS**

To the Clerk of the above-named Court:

Please take notice that as of **May 30, 2006**, Counsel for the Defendant, Massachusetts Electric Company, will be located at a new address:

> **Sally & Fitch LLP**
> **One Beacon Street**
> **Boston, MA 02108**
> **Tel: 617-542-5542**
> **Fax: 617-542-1542**

                                   Respectfully submitted,

                                   ___/s/ Elizabeth J. Koenig_____
                                   Francis J. Sally (BBO #439100)
                                   Elizabeth J. Koenig (BBO #647122)
                                   SALLY & FITCH LLP
                                   225 Franklin Street
                                   Boston, Massachusetts 02110
                                   (617) 542-5542

Dated: May 24, 2006

## **CERTIFICATE OF SERVICE**

    I, Elizabeth J. Koenig, hereby certify that a true copy of the within document was served upon the attorney of record for each other party by electronic filing, on May 24, 2006.

                                                     */s/ Elizabeth J. Koenig*
                                                      Elizabeth J. Koenig