UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETT

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, as subrogee of DR. FRITZ BACH<br>100 S. 5th Street, Suite 1800<br>Minneapolis, Minnesota 55402<br><br>Plaintiff,<br><br>v.<br><br>MANCHESTER ELECTRIC, LLC, a/k/a MANCHESTER<br>P.O. Box 225<br>Manchester, Massachusetts 01944<br>    Defendant/Third-Party Plaintiff<br><br>v.<br><br>MASSACHUSETTS ELECTRIC COMPANY<br>55 Bearfoot Road<br>Northborough, Massachusetts<br>    Third-Party Defendant | C.A. No.: 05-10113 JLT<br><br>Consolidated with C.A. No. 05-12078 JLT |

## JOINT MOTION TO AMEND DISCOVERY PLAN

The parties to this case hereby move this Honorable Court to amend the discovery plan previously approved by the Court. The parties request that the discovery plan be amended so that the new deadlines will be as follows:

| | |
|---|---|
| August 28, 2006 | Fact discovery completed |
| September 14, 2006 | Expert reports due from Massachusetts Electric Company and Supplemental Reports due from Plaintiff and Manchester Electric, LLC |
| September 26, 2006 | Expert Depositions Completed |

*Allowed*
*J Tauro J*
*5/24/06*

| | |
|---|---|
| October 15, 2006 | All Dispositive Motions Filed |
| October 26, 2006 ~~26~~ 27 | Final Pretrial Conference |
| November ~~30~~ 27, 2006 | Jury Trial |

In support of this Joint Motion, the parties state as follows:

1. The Plaintiff, Great Northern Insurance Company, as Subrogee of Dr. Fritz Bach ("Great Northern"), has brought the above-captioned matter to recover sums paid to its insured, Dr. Fritz Bach, following a fire at a carriage house on Dr. Bach's property in Manchester, Massachusetts on October 16, 2002.

2. Great Northern claims that sometime prior to the fire Dr. Bach retained Manchester Electric, LLC to inspect the electrical system in Dr. Bach's carriage house.

3. Great Northern claims that Manchester Electric, LLC failed to properly inspect the system and, in particular, failed to inspect, recommend the repair and/or repair the electrical service, including but not limited to an exterior junction box and the service thereto.

4. On October 16, 2002, a fire occurred at Dr. Bach's carriage house. Great Northern contends that the fire originated in the exterior junction box.

5. Manchester Electric LLC denies the Plaintiff's claims.

6. On or about October 13, 2005 the Plaintiff filed a separate cause of action against Massachusetts Electric Company and brought essentially the same allegations against that company as it did against Manchester Electric LLC in this case. The caption of that case is <u>Great Northern Insurance</u>

Company, as subrogee of Dr. Fritz Bach v. Massachusetts Electric Company, Civil Action No.: 05-CA-12078-JLT.

7. On or about October 26, 2004 Manchester Electric, LLC moved this Court for leave to file a Third-Party Complaint against Massachusetts Electric Company. The Court allowed the Motion and the Third-Party Complaint was filed on or about November 14, 2005. Massachusetts Electric Company has filed an Answer to the Third-Party Complaint.

8. On or about December 6, 2005 Manchester Electric, LLC moved this Court to consolidate this case with the case of Great Northern Insurance Company, as subrogee of Dr. Fritz Bach v. Massachusetts Electric Company, Civil Action No.: 05-CA-12078-JLT. The Court subsequently allowed that Motion and the cases were consolidated.

9. The parties have scheduled a mediation session with Brad Honoroff of The Mediation Group for **August 2, 2006**. This was the first date that was convenient for the parties and Mr. Honoroff.

10. Should this case not settle the parties will need a short extension of time to complete discovery, exchange any additional expert reports and conduct expert depositions.

11. The parties do not seek to continue the date of the Pre-Trial Conference or the Trial, so the requested amendment of the discovery plan will not unduly impede the progression of this case.

12. The parties submit that the amendment of the discovery plan to accommodate mediation is in the interest of justice, as it will allow the

3

parties an opportunity to resolve this case short of trial. The requested continuance also is in the interest of economy, as the settlement of this case will save the Court and the parties the time and cost of an unnecessary and expensive trial.

WHEREFORE, the parties respectfully request that this Court allow this Motion and amend the discovery plan as set forth above.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, AS SUBROGEE OF DR. FRITZ BACH, | MANCHESTER ELECTRIC, LLC, |
| By its attorneys, | By its attorneys, |
| LAW OFFICES OF PATRICK LOFTUS, III, ESQ. | DAVIS, WHITE & SULLIVAN, LLC |
| /s/ Patrick Loftus, III | /s/ Marc J. Tassone |
| Patrick Loftus, III, Esq., BBO # 9 Park Street Suite 500 Boston, MA 02108 (617) 723-7770 | David A. White, Esq., BBO # 551682 Marc J. Tassone, Esq., BBO # 635344 One Longfellow Place Suite 3609 Boston, MA 02114 (617) 720-4060 |
| Dated: 5/18/06 | Dated: 5/18/06 |

4

THIRD-PARTY DEFENDANT,

MASSACHUSETTS ELECTRIC CO.

By its attorneys,

SALLY & FITCH LLP

/s/ Francis J. Sally

---

Francis J. Sally, Esq., BBO # 439100
Elizabeth J. Koenig, Esq., BBO # 647122
225 Franklin Street
Boston, MA 02110
(617) 542-5542

Dated: 5/18/06

Of counsel (Plaintiff):

/s/ Peter G. Rossi

---

Peter G. Rossi, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-4734

Dated: 5/18/06

## CERTIFICATE OF SERVICE

I, Marc J. Tassone, certify that on this day the foregoing JOINT MOTION TO AMEND DISCOVERY PLAN, was sent by way of electronic mail, to:

>Patrick Loftus, III
>LAW OFFICES OF
>PATRICK LOFTUS, III, ESQ.
>9 Park Street, Suite 500
>
>Peter G. Rossi, Esq.
>COZEN O'CONNOR
>1900 Market Street
>Philadelphia, PA 19103
>
>Francis J. Sally, Esq.
>Elizabeth J. Koenig, Esq.
>SALLY & FITCH LLP
>225 Franklin Street
>Boston, MA 02110

>/s/ Marc J. Tassone
>_____
>Marc J. Tassone

Dated: 518/06