Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete Documents

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **GREAT NORTHERN INSURANCE COMPANY**, as subrogee of DR. FRITZ BACH | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 05-10113 JLT |
| v. | ) ) | |
| **MANCHESTER ELECTRIC, LLC**, a/k/a **MANCHESTER** | ) ) ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| v. | ) ) | |
| **MASSACHUSETTS ELECTRIC COMPANY,** | ) ) | |
| Third-Party Defendant. | ) ) ) | |
| **GREAT NORTHERN INSURANCE COMPANY**, as subrogee of DR. FRITZ BACH | ) ) ) | C.A. NO.: 05-12078 JLT |
| Plaintiff, | ) ) | **Consolidated with C.A. No. 05-10113 JLT** |
| v. | ) ) | |
| **MASSACHUSETTS ELECTRIC COMPANY,** | ) ) | |
| Defendant. | ) ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a) (1) (ii), it is hereby stipulated and agreed by and among the parties to the above captioned matters, by and through their attorneys, that all complaints in C.A. No.: 05-10113 and the complaint in C.A. No.: 05-12078 are dismissed with prejudice

against Manchester Electric, LLC and Massachusetts Electric Company, without costs against any party.

Dated: October 17, 2006

| **Plaintiff,** | **Defendant/Third-Party Plaintiff,** |
|---|---|
| **GREAT NORTHERN INSURANCE COMPANY, as subrogee of DR. FRITZ BACH** | **MANCHESTER ELECTRIC, LLC, a/k/a MANCHESTER** |
| **LAW OFFICES OF PATRICK LOFTUS, III** | **DAVIS, WHITE & SULLIVAN, LLC** |
| BY:  s/ Patrick Loftus, III  <br>       Patrick Loftus, III, Esquire<br>       9 Park Street, Suite 500<br>       Boston, MA 02108<br>       (617) 723-7770 | BY:  s/ David A. White  <br>       David A. White, Esquire<br>       One Longfellow Place, Suite 3609<br>       Boston, MA 02114<br>       (617) 720-4060 |

OF COUNSEL:

s/Peter G. Rossi  
Peter G. Rossi, Esquire  
COZEN O'CONNOR  
1900 Market Street  
The Atrium  
Philadelphia, PA 19103  
(215) 665-2000

**Third-Party Defendant and Defendant,**

**MASSACHUSETTS ELECTRIC COMPANY**

**SALLY & FITCH LLP**

BY:  s/ Elizabeth J. Koenig  
       Francis J. Sally, Esquire  
       Elizabeth J. Koenig, Esquire  
       One Beacon Street  
       Boston, MA 02108  
       (617) 542-5542